IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| COSMO TECHNOLOGIES LIMITED, VALEANT PHARMACEUTICALS INTERNATIONAL, and VALEANT PHARACEUTICALS IRELAND,<br><br>    Plaintiffs,<br><br>  v.<br><br>SUN PHARMACEUTICAL INDUSTRIES, LTD., SUN PHARMA GLOBAL FZE, and SUN PHARMACEUTICAL INDUSTRIES, INC.,<br><br>    Defendants. | Civil Action No. 3:17-cv-04393 |

**<u>STIPULATION OF DISMISSAL</u>**

- 2 -

Plaintiffs Cosmo Technologies Limited, Valeant Pharmaceuticals International, and Valeant Pharmaceuticals Ireland., and Defendants Sun Pharmaceuticals Industries, Ltd., Sun Pharma Global FZE, and Sun Pharmaceutical Industries, Inc. by their respective undersigned counsel, hereby STIPULATE and AGREE as follows:

1. All claims and counterclaims, defenses, motions and petitions asserted in this Action are dismissed without prejudice;

2. Each party shall bear its own costs and attorneys' fees with respect to the matters dismissed hereby;

3. The parties each expressly waive any right to appeal or otherwise move for relief from this Stipulation and Order;

4. This Court retains jurisdiction over the parties for purposes of enforcing this Stipulation and Order; and

5. This Stipulation and Order shall finally resolve the Action between the parties.

SO ORDERED this _____ day of _____, 2019.

_____
The Honorable Peter G. Sheridan
United States District Court Judge

| | |
|---|---|
| GIBBONS P.C. | RIVKIN RADLER LLP |
| *William P. Deni, Jr.* (signature) | *Gregory D. Miller* (signature) |
| Michael R. Griffinger | Gregory D. Miller |
| William P. Deni, Jr. | RIVKIN RADLER LLP |
| GIBBONS P.C. | 21 Main Street, Suite 158 |
| One Gateway Center | Court Plaza South – West Wing |
| Newark, NJ 07102-5310 | Hackensack, NJ 07601 |
| (973) 596-4500 | (201) 287-2460 |
| wdeni@gibbonslaw.com | gregory.miller@rivkin.com |
| mgriffinger@gibbonslaw.com | |

*Attorneys for Plaintiffs*

OF COUNSEL:

Melanie R. Rupert
Nicholas A. Tymoczko
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
(212) 318-6000

*Attorneys for Valeant Pharmaceuticals International and Valeant Pharmaceuticals Ireland*

Gary Frischling
Yite John Lu
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
(310) 277-1010

*Attorneys for Cosmo Technologies Limited*

OF COUNSEL:

Charles B. Klein
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20006
(202) 282-5000

*Attorneys for Defendants*